UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21495-ALTMAN

YONAN ROBERTO PEREZ CANEJO,

    *Petitioner*,

v.

WARDEN, KROME SERVICE
PROCESSING CENTER, *et al.*,

    *Respondents*.

_____/

## ORDER

On March 10, 2026, we found that Yonan Roberto Perez Canejo—who'd filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and a Motion to Proceed *In Forma Pauperis* (IFP Motion)—"failed to attach the required affidavit or to provide a certified account statement" for his IFP Motion. Order to Pay Filing Fee or File IFP Motion [ECF No. 4] at 2. We explained that "we [could not] adjudicate Canejo's Petition until" he resolved the filing-fee issue. *Ibid.* (cleaned up). So, we ordered Canejo to *either* pay the filing fee *or* file a motion to proceed *in forma pauperis* by April 8, 2026. *See ibid.* His failure to do so on time, we warned, "may result in dismissal of this case without further notice." *Ibid.* On March 19, 2026, Canejo filed an Amended Petition for Writ of Habeas Corpus and a new IFP Motion. On March 31, 2026, we again found that Canejo's IFP Motion failed to include a certified account statement. Paperless Order [ECF No. 8]. We reminded Canejo that he "still [had] until **April 8, 2026**, to file a corrected IFP Motion." *Ibid.* (cleaned up).

That April 8, 2026, deadline has come and gone, and Canejo failed to resolve the filing fee issue. *See generally* Docket. Canejo has thus ignored this Court's orders and failed to prosecute his own case. As a result, the only appropriate sanction now is dismissal. *See Equity Lifestyle Props., Inc. v. Fla.*

*Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." (citing FED. R. CIV. P. 41(b))).

Accordingly, we hereby **ORDER AND ADJUDGE** that this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with court orders. *See* FED. R. CIV. P. 41(b). The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on June 3, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Yonan Roberto Perez Canejo, *pro se*

2